# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT WALPOLE, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>   v.<br><br>SEMGROUP CORPORATION, CARLIN G. CONNER, RONALD A. BALLSCHMIEDE, SARAH M. BARPOULIS, KARL F. KURZ, JAMES H. LYTAL, WILLIAM J. MCADAM, THOMAS R. MCDANIEL, NAUTILUS MERGER SUB LLC, and ENERGY TRANSFER LP,<br><br>                Defendants. | )<br>)<br>)<br>) Case No. 1:19-cv- 01957-MN<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice as to plaintiff only, and without prejudice as to the putative class. Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified in the Action.

Dated: December 6, 2019            **RIGRODSKY & LONG, P.A.**

                                      By:    */s/ Brian D. Long*
                                                  Brian D. Long (#4347)

**OF COUNSEL:**                      Gina M. Serra (#5387)
                                                  300 Delaware Avenue, Suite 1220
**ROWLEY LAW PLLC**              Wilmington, DE 19801
Shane T. Rowley                       Telephone: (302) 295-5310
Danielle Rowland Lindahl          Facsimile: (302) 654-7530
50 Main Street, Suite 1000           Email: bdl@rl-legal.com
White Plains, NY 10606              Email: gms@rl-legal.com
Telephone: (914) 400-1920
Facsimile: (914) 301-3514            *Attorneys for Plaintiff*